UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In re: | ) | Case No. 10-75146 |
| William Sean Jeschke and | ) | |
| Tara Amy Jeschke, | ) | |
| Debtors. | ) | Chapter 7 |
| _____ | ) | |
| Animal Emergency Clinic | ) | |
| of McHenry County, Inc., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adversary Case No.: 10-96187 |
| William Sean Jeschke and | ) | |
| Tara Amy Jeschke, | ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS ADVERSARY PROCEEDING

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, Animal Emergency Clinic of McHenry County, Inc., by its counsel, Bruning & Associates, P.C., and the Defendants, William Sean Jeschke and Tara Amy Jeschke, pro se, hereby stipulate and agree to dismiss the above-referenced adversary proceeding, with prejudice, all matters having been settled and resolved between the parties, and the parties having executed a Settlement Agreement and General Releases.

_____          Date: 5/20/11
Mary Sump, Attorney for Plaintiff,
Animal Emergency Clinic of McHenry County, Inc.

_____          Date: 5/19/11
William Sean Jeschke, Defendant

_____          Date: 5/19/11
Tara Amy Jeschke, Defendant

Prepared by:
Bruning & Associates, P.C.
333 Commerce Drive, Suite 900
Crystal Lake, IL 60014
(815) 455-3000
kbruning@bruninglaw.com